### OUGHTRED ag<sup>t</sup> COLLACOTT

Charles Oughtred Attourny to Sampson Sheafe Merch<sup>t</sup> assignee to m<sup>r</sup> Thomas Thacher Sen<sup>r</sup> & Margaret his wife plaint. ag<sup>t</sup> Richard Collicott Def<sup>t</sup> in an action of the case [402] for denying to deliver and witholding from him the saide Charles Oughtred Attourny afores<sup>d</sup> possession of a house & land in Boston sold unto the s<sup>d</sup> Thomas Thacher under proviso as per a Deed bearing date the twenty Sixth of August One thousand Six hundred Seventy and three may appeare the proviso of and in the s<sup>d</sup> Deed being not accomplished with all due damages according to attachm<sup>t</sup> Dat. October. 14° 1676. . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court.

### ROSE ag<sup>t</sup> SMITH

Roger Rose of Boston plaint. ag<sup>t</sup> Joseph Smith Defend<sup>t</sup> in an action of unjust molestation for three times arresting his person and Estate hindering his imploy both vessell & company to his great damage according to attachm<sup>t</sup> dat<sup>d</sup> 26. 7<sup>mo</sup> 1676. . . . The Jury . . . found for the Defend<sup>t</sup> costs of Court allowed by the Court twenty three Shillings & Six pence.